**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | _Tyson_ <br> First Name | _M_ <br> Middle Name | _Ellzey_ <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court  for the : | | | District of _ILLINOIS_ |
| Case number <br> (If known) | _14 B 29355_ | | |

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in
administering the bankruptcy case show that the waiver was unwarranted.

[X] **Denied.**  The debtor must pay the $335 filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 83.74 | _Oct 24, 2014_ <br> Month / day / year |
| $ 83.74 | _Nov 24, 2014_ <br> Month / day / year |
| $ 83.74 | _Dec 24, 2014_ <br> Month / day / year |
| + $ 83.74 | _Jan 24, 2015_ <br> Month / day / year |
| Total    $       335.00 | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion
promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the
Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any
more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the
bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the
debtor does not make any payment when it is due, the bankruptcy case may be dismissed and
the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____  at _____  AM / PM at  _____
    Month / day / year                              Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

**OCT 0 3 2014**
Month / day / year

By the court _____
              United States Bankruptcy Judge

OCT 0 3 2014